UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-10029-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

SEVERO TAPANES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on December 19, 2013. A Report and Recommendation was filed on January 7, 2014, **(D.E. #197)**, recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E.# 197) of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts 83, 84, and 85 of the Indictment which charges the Defendant, with alien smuggling for financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and as to Count 104, being an alien found in the United States after deportation without permission to reapply for admission, in violation of 8 U.S.C. Section 1326(a) and (b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7 day of February, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office